## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06CR04048-002 |
| | ) |
| CYNTHIA LOUISE TAYLOR, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR ISSUANCE OF WARRANT FOR ARREST

On January 13, 2011, the Probation Office for the Western District of Missouri transmitted a violation report recommending that a warrant for arrest be issued. For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Cynthia Louise Taylor be taken into custody and that she be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Cynthia Louise Taylor has committed one or more acts constituting a violation of the Conditions of Supervised Release, thus requiring that she be held for a final revocation hearing before a Judge of this Court.

      /s Nanette K. Laughrey
NANETTE K. LAUGHREY
U.S. DISTRICT JUDGE

Dated at Jefferson City, Missouri, this 14th day of January , 2011.